IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR380 |
| | ) | |
| v. | ) | |
| | ) | |
| CHANCELLOR JACKSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's request to receive a copy of his criminal docket sheet and judgment and commitment (including statement of reasons) (Filing No. 30).  The Court notes that defendant was sentenced on June 11, 2015, and that no appeal was filed.  The time to file such an appeal has passed, and the Court is unable to provide copies of pleadings without prepayment of the costs therefor.  Accordingly,

IT IS ORDERED that defendant's motion is denied without prejudice.  Defendant may contact the office of the clerk of the United States District Court concerning the cost for copies of his criminal docket sheet and judgment and commitment (including statement of reasons).

DATED this 28th day of September, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court